THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JARED E. BARNHART

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner Of
Social Security,

    Defendant.

3:18-CV-1056
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS** \_\_\_6th\_\_\_ **DAY OF MAY, 2019**, upon review of Chief Magistrate Judge Schwab's Report & Recommendation ("R&R") (Doc. 13) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 13) is **ADOPTED** for the reasons discussed therein.
2. Plaintiff's Appeal is **DENIED**.
3. The Commissioner of Social Security's decision is **AFFIRMED**.
4. The Clerk of Court is directed to **CLOSE** this case.

                                            Robert D. Mariani
                                            United States District Judge